UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| N.J., by and through his next friends, ) | |
| J.J. and J.J., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CV857 RWS |
| ) | |
| NORTHWEST R-1 SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Northwest R-1 School District shall have judgment against Plaintiffs, and Plaintiffs' Complaint is hereby **DISMISSED** with prejudice.

Dated this 24th Day of October, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE